USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 18, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                :

UNITED STATES OF AMERICA        :    **FINAL ORDER OF FORFEITURE**

             :

     -v.-             :    S4 15 cr. 667 (KPF)

             :

TRAVELL THOMAS,         :

             :

    Defendant.       :

             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about April 21, 2017, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 372), which ordered the forfeiture to the United States of all right, title and interest of TRAVELL THOMAS (the "Defendant") in the following property:

    a)    All funds on deposit in Account Number 91000112540072 held in the name of Travell Thomas at Bank of America, N.A. and all funds traceable thereto;

    b)    All funds on deposit in Account Number ending in 1385 held in the name of Travell Thomas at Bank of America, N.A. and all funds traceable thereto;

    c)    All funds on deposit in Account Number 21270006 held in the name of Travell Thomas at Buffalo Community Federal Credit Union and all funds traceable thereto;

    d)    All funds on deposit in Account Number 0126000009 held in the name of Travell Thomas at Lake Shore Savings and all funds traceable thereto;

    e)    All funds on deposit in Account Number 9830643996 held in the name of Travell Thomas at M&T Bank and all funds traceable thereto;

    f)    Any and all bank or brokerage account ending in 9261 at E*TRADE in the name of Travell Thomas (the "E*Trade Account") and all funds traceable thereto;

g)      All funds on deposit in Account Number 4005974227 held in the name of Travell Thomas at RBS Citizens Bank and all funds traceable thereto;

h)      All funds on deposit in Account Number 6350495 held in the name of Travell Thomas at TD Bank and all funds traceable thereto;

i)      All funds on deposit in Account Number 7120608 held in the name of Travell Thomas at TD Bank and all funds traceable thereto;

j)      All funds on deposit in Account Number 6352560 held in the name of Travell Thomas at TD Bank and all funds traceable thereto;

k)      All funds on deposit in Account Number 483036496373 held in the name of 4 Star Resolution LLC at Bank of America, N.A. and all funds traceable thereto;

l)      All funds on deposit in Account Number 483042364004 held in the name of 4 Star Resolution LLC at Bank of America, N.A. and all funds traceable thereto;

m)      All funds on deposit in Account Number 483042364279 held in the name of 4 Star Resolution LLC at Bank of America, N.A. and all funds traceable thereto;

n)      All funds on deposit in Account Number 483044067341 held in the name of 4 Star Resolution LLC at Bank of America, N.A. and all funds traceable thereto;

o)      All funds on deposit in Account Number 4014376841 held in the name of 4 Star Resolution LLC at Citizens Bank and all funds traceable thereto;

p)      All funds on deposit in Account Number 4014376868 held in the name of 4 Star Resolution LLC at Citizens Bank and all funds traceable thereto;

q)      All funds on deposit in Account Number 4014376876 held in the name of 4 Star Resolution LLC at Citizens Bank and all funds traceable thereto;

r)      All funds on deposit in Account Number ending in 7866 held in the name of 4 Star Resolution LLC at M & T Bank and all funds traceable thereto;

s)      All funds on deposit in Account Number 9858174866 held in the name of 4 Star Resolution LLC at M & T Bank and all funds traceable thereto;

t)      All funds on deposit in Account Number 15004233280300 held in the name of 4 Star Resolution LLC at M & T Bank and all funds traceable thereto;

u)      All funds on deposit in Account Number 9857716394 held in the name of 4 Star Resolution LLC at M & T Bank and all funds traceable thereto;

v)      All funds on deposit in Account Number 334027372143 held in the name of Check Fraud Services LLC at Bank of America, N.A. and all funds traceable thereto;

w)      All funds on deposit in Account Number 334027372606 held in the name of Check Fraud Services LLC at Bank of America, N.A. and all funds traceable thereto;

x)      All funds on deposit in Account Number 334027372713 held in the name of Check Fraud Services LLC at Bank of America, N.A. and all funds traceable thereto;

y)      All funds on deposit in Account Number 483006103696 held in the name of International Recovery Service LLC at Bank of America, N.A. and all funds traceable thereto;

z)      All funds on deposit in Account Number 483006103683 held in the name of International Recovery Service LLC at Bank of America, N.A. and all funds traceable thereto;

aa)     All funds on deposit in Account Number 483023705970 held in the name of International Recovery Service LLC at Bank of America, N.A. and all funds traceable thereto;

bb)     All funds on deposit in Account Number 483044067338 held in the name of International Recovery Service LLC at Bank of America, N.A. and all funds traceable thereto;

cc)     All funds on deposit in Account Number 4014376930 held in the name of International Recovery Service LLC at RBS Citizens Bank and all funds traceable thereto;

dd)  All funds on deposit in Account Number 4013526459 held in the name of International Recovery Service LLC at RBS Citizens Bank and all funds traceable thereto;

ee)  All funds on deposit in Account Number 4014376914 held in the name of International Recovery Service LLC at RBS Citizens Bank and all funds traceable thereto;

ff)  All funds on deposit in Account Number 4014376922 held in the name of International Recovery Service LLC at RBS Citizens Bank and all funds traceable thereto;

gg)  All funds on deposit in Account Number 9857716402 held in the name of International Recovery Service LLC at M & T Bank and all funds traceable thereto;

hh)  All funds on deposit in Account Number 237026935841 held in the name of Merchant Recovery Services Inc. at Bank of America, N.A. and all funds traceable thereto;

ii)  All funds on deposit in Account Number 237026935838 held in the name of Merchant Recovery Services Inc. at Bank of America, N.A. and all funds traceable thereto;

jj)  All funds on deposit in Account Number 237026936099 held in the name of Merchant Recovery Services Inc. at Bank of America, N.A. and all funds traceable thereto;

kk)  All funds on deposit in Account Number 237027898893 held in the name of Merchant Recovery Services Inc. at Bank of America, N.A. and all funds traceable thereto;

ll)  All funds on deposit in Account Number 7468164004 held in the name of Merchant Recovery Services Inc. at Wells Fargo Bank, N.A. and all funds traceable thereto;

mm)  All funds on deposit in Account Number 7468164012 held in the name of Merchant Recovery Services Inc. at Wells Fargo Bank, N.A. and all funds traceable thereto;

nn)  All funds on deposit in Account Number 7468164926 held in the name of Merchant Recovery Services Inc. at Wells Fargo Bank, N.A. and all funds traceable thereto;

oo)    All funds on deposit in Account Number 3221787892 held in the name of Merchant Recovery Services Inc. at Wells Fargo Bank, N.A. and all funds traceable thereto;

pp)    All funds on deposit in Account Number 9857716469 held in the name of Merchant Recovery Services Inc. at M & T Bank and all funds traceable thereto;

qq)    All funds on deposit in Account Number 483001220079 held in the name of Profile Management Inc. at Bank of America, N.A. and all funds traceable thereto;

rr)    All funds on deposit in Account Number 483001220082 held in the name of Profile Management Inc. at Bank of America, N.A. and all funds traceable thereto;

ss)    All funds on deposit in Account Number 483020026924 held in the name of Profile Management Inc. at Bank of America, N.A. and all funds traceable thereto;

tt)    All funds on deposit in Account Number 483026355961 held in the name of Profile Management Inc. at Bank of America, N.A. and all funds traceable thereto;

uu)    All funds on deposit in Account Number 4014376884 held in the name of Profile Management Inc. at RBS Citizens Bank and all funds traceable thereto;

vv)    All funds on deposit in Account Number 4014376892 held in the name of Profile Management Inc. at RBS Citizens Bank and all funds traceable thereto;

ww)    All funds on deposit in Account Number 4014376906 held in the name of Profile Management Inc. at RBS Citizens Bank and all funds traceable thereto;

xx)    All funds on deposit in Account Number 9865629092 held in the name of Profile Management Inc. at M & T Bank and all funds traceable thereto;

yy)    All funds on deposit in Account Number 9865628565 held in the name of Profile Management Inc. at M & T Bank and all funds traceable thereto;

zz)    All funds on deposit in Account Number 9857716451 held in the

name of Profile Management Inc. at M & T Bank and all funds traceable thereto;

aaa)    All funds on deposit in Account Number 7900794202 held in the name of TDT Consulting at Key Bank (formerly First Niagara Bank) and all funds traceable thereto;

bbb)    All funds on deposit in Account Number 7900794095 held in the name of TDT Consulting at Key Bank (formerly First Niagara Bank) and all funds traceable thereto;

ccc)    All funds on deposit in Account Number 7901256284 held in the name of American Asset Recovery at Key Bank (formerly First Niagara Bank) and all funds traceable thereto;

ddd)    All funds on deposit in Account Number 7901256276 held in the name of Financial Mediation Group at Key Bank (formerly First Niagara Bank) and all funds traceable thereto;

eee)    All funds on deposit in Account Number 483044064865 held in the name of Maurice Sessum at Bank of America, N.A. and all funds traceable thereto;

fff)    All funds on deposit in Account Number 483044067192 held in the name of Maurice Sessum at Bank of America, N.A. and all funds traceable thereto;

ggg)    All funds on deposit in Account Number 9863302221 held in the name of Maurice Sessum at M&T Bank and all funds traceable thereto;

hhh)    All funds on deposit in Account Number 4011811962 held in the name of Maurice Sessum at RBS Citizens Bank and all funds traceable thereto;

iii)    All funds on deposit in Account Number 4014377066 held in the name of MTS Enterprise Corp at RBS Citizens Bank and all funds traceable thereto;

jjj)    All funds on deposit in Account Number 4014975818 held in the name of Global Management of WNY at RBS Citizens Bank and all funds traceable thereto;

kkk)    All funds on deposit in Account Number 4014975826 held in the name of Global Management of WNY at RBS Citizens Bank and

all funds traceable thereto; and

lll) All funds on deposit in Account Number 4014376833 held in the name of Five Star Acquisition at RBS Citizens Bank and all funds traceable thereto.

((a) through (lll) collectively the "Specific Properties");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Properties, and the requirement that any person asserting a legal interest in the Specific Properties must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Properties and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Properties before the United States can have clear title to the Specific Properties;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Properties was posted on an official government internet site (www.forfeiture.gov) beginning on June 15, 2017, for thirty (30) consecutive days, through July 14, 2017, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 15, 2017 (D.E. 406);

7

WHEREAS, on or about July 25 and 26, 2017, notice of the Preliminary Order

of Forfeiture was sent by Federal Express to:

Scott Francis Riordan, Esq.
Riordan & Scalione
3110 Delaware Avenue
Kenmore, NY 14217
*(Counsel for Travell Thomas)*

Inga L. Parsons, Esq.
Law Office of Inga L. Parsons
5 Bessom Street, No. 234
Marblehead, MA 01945
*(Counsel for Travell Thomas)*

Marvin E. Schechter, Esq.
152 West 57th Street, 24th Floor
New York, NY 10019
*(Counsel for Travell Thomas)*

Herbert L Greenman, Esq.
Lipsitz Green Scime Cambria, L.L.P.
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
*(Counsel for Maurice Sessum)*

Steven Kenneth Frankel, Esq.
325 Broadway, Suite 502
New York, NY 10007
*(Counsel for Tacoby Thomas*)

Aaron M. Goldsmith, Esq.
Law Office of Aaron M. Goldsmith, P.C.
225 Broadway, Suite 715
New York, NY 10007
*(Counsel for William Clark*)

Daniel John Henry Jr., Esq.
Villarini & Henry,L.L.P.
16 Main Street
Hamburg, NY 14075
*(Counsel for Mark Lanvin)*

Philip L Weinstein, Esq.
Federal Defenders of New York Inc.
52 Duane Street 10th Floor
New York, NY 10007
*(Counsel for Jessica Mann)*

Cesar de Castro, Esq.
The Law Firm of Cesar de Castro, P.C.
7 World Trade Center, 34th Floor
New York, NY 10005
*(Counsel for Jimmy Stokes)*

Winston Lee, Esq.
20 Vesey Street, Suite 400
New York, NY 10007
*(Counsel for Heather Gasta)*

Robert A. Walters, Esq.
1825 Park Avenue, Suite 1102
New York, NY 10035
*(Counsel for Anthony Caba)*

Aaron M. Goldsmith, Esq.
Law Office of Aaron M. Goldsmith, P.C.
225 Broadway, Suite 715
New York, NY 10007
*(Counsel for Charles Starks)*

Maryann Berry
7273 Quaker Road
Orchard Park, New York 14127-2008

Marvin E. Schechter, Esq.
1790 Broadway, Suite 710
New York, New York 10019
*(Counsel for Travell Thomas)*

(the "Noticed Parties")

WHEREAS, a receiver appointed in a civil action, *Federal Trade Commission, et al* v. *4 Star Resolution LLC, et al.*, 15 Civ. 112(WMS)(LGF)(W.D.N.Y.), in which the Federal Trade Commission ("FTC Receiver") advised the Government of a potential interest in the Specific Properties;

WHEREAS, on or about June 21, 2018, the Court entered an Amended Stipulation and Order in which the Government and the FTC Receiver resolved the FTC Receiver's interest in the Specific Properties (D.E. 497);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Properties have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest the Specific Properties; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title, and interest in the Specific Properties is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Properties.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Properties and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4.      The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander Wilson, Chief, Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
        October 18, 2018

SO ORDERED:

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

11